# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149043(81)

LINDA C. HODGE,
      Plaintiff-Appellant,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
      Defendant-Appellee.
_____/

SC: 149043
COA: 308723
Wayne CC: 10-012109-AV

On order of the Chief Justice, the motion of the Auto Club Insurance Association for leave to file an amicus curiae brief is GRANTED. The amicus brief submitted on June 16, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2015

